No. 115, Misc. WILLIAMS *v.* ALABAMA. Motion for leave to file petition for writ of mandamus denied.

No. 116, Misc. MULKEY *v.* MICHIGAN. Motion for leave to file an appeal denied.

No. 127, Misc. GALLOWAY *v.* U. S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 129, Misc. BYERS *v.* STEELE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 159, Misc. SCHNEIDER *v.* TIPTON. Application denied.

No. 176, Misc. FUJIMOTO ET AL. *v.* WIIG, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition or mandamus denied. MR. JUSTICE BLACK would issue a rule to show cause. *Harriet Bouslog* for petitioners.